## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jasmine Weeks, Arnell Howard, :
Patricia Shallick, individually and :
on behalf of all others :
similarly situated, :
     Petitioners :
       :
   v.     :  No. 409 M.D. 2019
       :
Department of Human Services of :
the Commonwealth of Pennsylvania, :
     Respondent :


**PER CURIAM**      **O R D E R**


   NOW, April 22, 2021, having considered Petitioners' application for reargument/reconsideration, and Respondent's answer thereto, the application for reargument is denied.

   To the extent the application seeks reconsideration, the application is granted, and our Opinion and Order filed March 24, 2021, are hereby withdrawn.

   An Amended Opinion and Order will follow.